## Irma Watkins, Appellee, v. Town of Cicero, Appellant.
### Gen. No. 41,398.

Heard in second division, first district, this court at October term, 1940; opinion filed December 30, 1941; rehearing denied January 20, 1942. Joseph I. Bulger, for appellant; Charles C. & Richard M. Spencer, for appellee. Opinion by PRESIDING JUSTICE SCANLAN. ''Not to be published in full.''